DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN DANIEL GRAHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2022-3312

August 16, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Steven G. Mason, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.